UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. MICHAEL CAPLOW,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER US, INC.; ZIMMER-BIOMET HOLDINGS, INC.; ZIMMER, INC.; and ZIMMER SURGICAL, INC.,<br><br>Defendants. | No.: 18-cv-01643-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND ORDER SETTING TRIAL DATE AND RELATED DATES |

This matter comes before the Court on the Parties' Joint Motion to Extend Order Setting Trial Date and Related Dates. Dkt. #22. It is hereby ORDERED that the motion is GRANTED. The deadlines set forth in the Order Setting Trial Date and Related Dates (Dkt. #11) are hereby amended for good cause shown. The new deadlines to govern this case are as follows:

| | |
|---|---|
| Rule 26 Expert Disclosure | March 16, 2020 |
| Deadline for filing motions related to discovery. | April 14, 2020 |
| Deadline to complete discovery | May 15, 2020 |
| Deadline to file dispositive motions | June 15, 2020 |
| Deadline to file motions in limine | August 14, 2020 |

ORDER GRANTING STIPULATED MOTION TO EXTEND ORDER      Page 1
SETTING TRIAL DATE AND RELATED DATES
(Case No. 2:18-cv-01643-RSM)

1

| | |
|---|---|
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due: | September 9, 2020 |
| Trial Date | September 14, 2020 |

Dated this 5th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND ORDER          Page 2
SETTING TRIAL DATE AND RELATED DATES
(Case No. 2:18-cv-01643-RSM)

2