HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. MICHAEL CAPLOW,<br><br>        Plaintiff,<br><br>    v.<br><br>ZIMMER US, INC.; ZIMMER-BIOMET HOLDINGS, INC.; ZIMMER, INC.; and ZIMMER SURGICAL, INC.,<br><br>        Defendants. | No.: 18-cv-01643-RSM<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |

This matter having come before the undersigned judge on stipulation of the parties, now therefore, it is hereby ORDERED:

Pursuant to Fed. R. Civ. P. 41(a)(A)(II), this case is resolved and shall be dismissed with prejudice and without fees or costs awarded to any party.

DATED this 10 day of March 2020.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ Evelyn E. Winters
    E. Pennock Gheen, WSBA #14969
    Evelyn E. Winters, WSBA #44936
    925 Fourth Avenue, Suite 3800
    Seattle, WA 98104-1157
    (206) 292-8930
    Penn.Gheen@bullivant.com
    Evelyn.Winters@bullivant.com

Patrick H. Reilly (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300
patrick.reilly@faegredrinker.com

Michael J. Kanute *pro hac vice*
Joshua T. Busch *pro hac vice*
**FAEGRE DRINKER BIDDLE & REATH LLP**
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 212-6500
mike.kanute@faegredrinker.com
joshua.busch@Faegredrinker.com
*Attorneys for Defendants*

Approved as to form; notice of presentation waived

JONES WARD PLC

By: */s/ Alex C. Davis*
Alex C. Davis (*pro hac vice*)
1205 E. Washington Street, Suite 1111
Louisville, KY 40206
(502) 882-6000
alex@jonesward.com

Steven P. Caplow, WSBA #19843
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8018
Fax: (206) 757-7018
stevencaplow@dwt.com
*Attorneys for Plaintiff*

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930